### Jakub Zamulewicz, Defendant in Error, v. Boleslaw Jasudes, Plaintiff in Error.

### Gen. No. 23,957.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed June 14, 1918.

### Statement of the Case.

Action by Jakub Zamulewicz, plaintiff, against Boleslaw Jasudes, defendant, to recover damages for fraudulently procuring plaintiff's signature to a contract for the purchase of land. The contract was in English and plaintiff, a Lithuanian, could neither read nor write English. He claimed that defendant in translating it represented that it contained provisions which it did not in fact contain. From a judgment for plaintiff, defendant brings error.

WOLON & BRENZA, for plaintiff in error; JOSEPH C. WOLON and THOMAS W. REILLY, of counsel.

HARRY C. LEEMON, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

VENDOR AND PURCHASER, § 54*—*when fraud by vendor in procuring signature of plaintiff to contract is shown.* In an action to recover damages for fraudulently procuring plaintiff's signature to a contract for the purchase of land by falsely representing that the contract, which plaintiff was unable to read, contained a provision that plaintiff would obtain clear title free from taxes or assessments upon the payment of a certain sum, evidence *held* to sustain a judgment for the plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.